■ APPROVED PHARMACEUTICAL CORP., Respondent, v. MORRIS M. LEVINE et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball and Wheeler, JJ. [See 286 App. Div. 1148.]

■ FRANK COLE, Respondent, v. PETER LOBELLO, as Executor of GEORGE McCANN, Deceased, Appellant.— Motion for reargument denied, with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See *ante,* p. 646.]

■ HAROLD J. WIRTZ, Respondent, v. PETER LOBELLO, as Executor of GEORGE McCANN, Deceased, Appellant.— Motion for reargument denied with $10 costs; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Wheeler, Williams and Bastow, JJ. [See 1 A D 2d 416.]

■ In the Matter of ALLEN W. HUBBELL, Appellant, against JAMES R. MAC-DUFF, as Commissioner of Motor Vehicles of the State of New York, Respondent. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals granted and question for review certified. Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ. [See 1 A D 2d 407.]

■ FIRST NATIONAL BANK OF BATAVIA, Respondent, v. LOUIS FRANK, Individually and as a Member of a Partnership Doing Business under the Name of Genesee Motors, et al., Appellants.— Motion for reargument denied, with $10 costs. Present — McCurn, P. J., Vaughan, Kimball, Wheeler and Bastow, JJ. [See 1 A D 2d 539.]

■ ALFONSO VALLINA, Respondent, v. WRIGHT & KREMERS, INC., Defendant and Third-Party Plaintiff-Appellant. HOOKER ELECTROCHEMICAL COMPANY, Third-Party Defendant-Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Wheeler and Bastow, JJ. [See *ante,* p. 650.]

■ In the Matter of VINCENT C. MANZELLA, an Attorney.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Wheeler, Williams and Bastow, JJ. [See 1 A D 2d 940.]

■ KAREN L. VAN NORTWICK, an Infant, et al., Respondents, v. RAYMOND HAUSER, Appellant.— Appeal dismissed, without costs upon stipulation. (Order entered July 11.)